UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**UNITED STATES OF AMERICA,**

  Plaintiff,

v.                                                                              Case No: 5:24-cr-97-TPB-PRL

**DANIEL CHARLES BALL,**

  Defendant.

### ORDER

The motion to appear *pro hac vice* of Amy C. Collins, Esq. (Doc. 5), is **GRANTED**. To activate e-filing access, counsel shall pay the $150.00 special admission fee and submit the *pro hac vice* e-file registration through PACER.[1] After this Order, the Clerk will no longer send copies of docket entries by U.S. Mail to counsel in this case.

**DONE** and **ORDERED** in Ocala, Florida on October 15, 2024.

*/s/ P. Lammens*
PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties

---

[1] Information regarding special admission to practice and submission of the *pro hac vice* e-file registration can be found on the Middle District of Florida's website, www.flmd.uscourts.gov/for-lawyers.