UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | No. 23-cr-160-RC |
| | : | |
| **DANIEL BALL,** | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF FILING IN OTHER DISTRICT

The United States, by and through its attorney the United States Attorney for the District of Columbia, respectfully provides notice to this Court of a December 17, 2024, "Motion for Arraingment [sic] *In Absentia* and to Compel Discovery" filed in *United States v. Daniel Ball*, 5:24-cr-00097-TPB-PRL (M.D. Fla.), ECF No. 8.

The motion seeks a remedy based, in part, on claims of government misconduct in this case, while insinuating that this Court has found merit in his unsupported—even unbriefed and unargued—allegations. To support his motion in Florida, the defendant argued, "following arguments on the sincere concerns about the government's unconstitutional and unethical conduct . . . the D.C. District Court vacated all dates and asked for a comprehensive briefing setting forth all instances of government misconduct in Mr. Ball's case." *Id*. p. 2 n. 1. The government has attached the filed motion to this notice.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

Date: December 18, 2024                    /s/ *Adam M. Dreher*
ADAM M. DREHER
Assistant United States Attorney
Mich. Bar No. P79246
601 D St. NW
Washington, D.C. 20530
(202) 252-1706
adam.dreher@usdoj.gov

ALIYA S. KHALIDI
Assistant United States Attorney
Mass. Bar No. 682400
601 D St. NW
Washington, D.C. 20530
(202) 252-2410
aliya.khalidi@usdoj.gov

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 1:23-cr-00160-RC-1 |
| ) | |
| DANIEL BALL, ) | |
| *Defendant*. ) | |

**DEFENDANT BALL'S OPPOSITION
TO GOVERNMENT'S NOTICE OF FILING IN OTHER DISTRICT**

Daniel Ball, by and through undersigned counsel, respectfully opposes the government's Notice of Filing in Other District, *see* ECF No. 64.

**DISCUSSION**[1]

On December 18, 2024, the government filed a Notice of Filing in Other District. *See* ECF No. 64. In its Notice, the government **knowingly misrepresented** that defense counsel's claims of government misconduct are unsubstantiated, unbriefed, and unargued.

As Assistant U.S. Attorney Adam Dreher knows firsthand, defense counsel's arguments as to government misconduct have absolute merit and can (and will) be substantiated by writings submitted by government counsel and otherwise.

As already mentioned in briefings, the government has conceded in filings to some of defense counsel's representations and the government arguably conceded to (or, at least, forfeited argument on) all but one of defense counsel's arguments—the argument relating to discovery—at the last status hearing.[2]

---

[1] Mr. Ball incorporates by reference the entirety of the record for this matter.
[2] Defense counsel has submitted a Criminal Justice Act ("CJA") transcript request to obtain the transcripts at two relevant status hearings that will help support Mr. Ball's forthcoming Amended Motion to Disqualify Government Counsel and his forthcoming Motion to Dismiss.

1

While defense counsel has indicated that an amended briefing to address the full scope of government misconduct in this case is forthcoming, it is a pure fallacy for the government to state that no briefing or argument on the issue of government misconduct has occurred in this case.

The government's suggestion that defense counsel has misrepresented the factual record and procedural posture of this case is both troubling and clearly frivolous.[3] The Notice appears to be the government's second attempt to catch defense counsel off guard and inject objectively false representations into the record, in the hope that defense counsel, who is recovering from a serious illness, will fail to respond. The Court should view the government's Notice of Filing in Other District, *see* ECF No. 64, and its recent Opposition to Mr. Ball's Motion to Disqualify Government Counsel, *see* ECF No. 58, with *great* skepticism and possibly even as bad faith, frivolous attempts to reconstruct the record.

---

[3] If not already clear based on the aforementioned, review of the Motion for Arraignment *in Abstentia* and to Compel Discovery, *see* ECF No. 64-1, will clearly show that no misrepresentations or baseless insinuations were made by defense counsel.

2

3

                                            Respectfully submitted,

                                            _____/s/_____
                                            Amy C. Collins
                                            D.C. Bar No. 1708316
                                            888 17th Street, NW, Suite 1200
                                            Washington, D.C. 20006
                                            (228) 424-0609
                                            amy@amyccollinslaw.com
                                            acollins@kalbianhagerty.com
                                            *Counsel for Daniel Ball*

## **CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on this 18th day of December 2024, I caused a true and correct copy of the foregoing Opposition to be delivered via CM/ECF to all parties.

                                            _____/s/_____
                                            Amy C. Collins

| | |
|---|---|
| **From:** | |
| **To:** | |
| **Subject:** | Activity in Case 1:23-cr-00160-RC USA v. BALL Order |
| **Date:** | Wednesday, December 18, 2024 5:56:14 PM |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### U.S. District Court

### District of Columbia

### Notice of Electronic Filing

The following transaction was entered on 12/18/2024 at 5:54 PM EDT and filed on 12/18/2024

**Case Name:**     USA v. BALL
**Case Number:**     1:23-cr-00160-RC
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**Minute Entry as to DANIEL BALL: Upon consideration of [64] Government's Notice of Filing in Other District and [65] Defendant's Response, the Court is troubled by defense counsel's suggestion to the Court in the Middle District of Florida that the reason the Court felt compelled to vacate the trial schedule was due to any government misbehavior rather than defense counsel's failures. Thus, the Court does not consider the government's notice as either troubling or clearly frivolous. Signed by Judge Rudolph Contreras on 12/18/2024. (lcrc3)**

**1:23-cr-00160-RC-1 Notice has been electronically mailed to:**

Andrew Talis Floyd

Amy C. Collins

Adam Michael Dreher

Aliya Khalidi

**1:23-cr-00160-RC-1 Notice will be delivered by other means to::**