UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 5:24-cr-97-TPB-PRL

DANIEL CHARLES BALL

### UNITED STATES' MOTION TO DISMISS THE INDICTMENT WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 48(a)

The United States of America, by and through the undersigned Assistant United States Attorney, respectfully submits this motion to dismiss the indictment in the above-referenced case.

Pursuant to Federal Rule of Criminal Procedure 48(a), the United States hereby moves to dismiss the indictment pending against the defendant, Daniel Charles Ball, with prejudice. The United States cites to the Executive Order dated February 20, 2025, Granting Pardons and Commutation of Sentences for Certain Offenses Relating to the Events at or Near the United States Capitol on January 6, 2021, as the reason for this dismissal.

Therefore, the United States respectfully requests that the Court enter an order dismissing the above-referenced indictment with prejudice.

            Respectfully submitted,

            SARA C. SWEENEY
            Acting United States Attorney


By:  /s/ William S. Hamilton
      WILLIAM S. HAMILTON
      Assistant United States Attorney
      Florida Bar No. 95045
      35 SE 1st Avenue, Suite 300
      Ocala, Florida 34471
      Telephone:  (352) 547-3600
      Facsimile:  (352) 547-3623
      E-mail: William.S.Hamilton@usdoj.gov