UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 5:24-cr-97-TPB-PRL

DANIEL CHARLES BALL

### UNITED STATES' AMENDED MOTION TO DISMISS THE INDICTMENT WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 48(a)

The United States of America, by and through the undersigned Assistant United States Attorney, respectfully submits this motion to dismiss the indictment in the above-referenced case.

Pursuant to Federal Rule of Criminal Procedure 48(a), the United States hereby moves to dismiss the indictment pending against the defendant, Daniel Charles Ball, with prejudice. The United States cites to the Executive Order dated January 20, 2025[1], Granting Pardons and Commutation of Sentences for Certain Offenses Relating to the Events at or Near the United States Capitol on January 6, 2021, as the reason for this dismissal.

---

[1] The United States' previous motion erroneously reported the date of this executive order as February 20, 2025.

Therefore, the United States respectfully requests that the Court enter an order dismissing the above-referenced indictment with prejudice.

Respectfully submitted,

SARA C. SWEENEY
Acting United States Attorney

By: /s/ William S. Hamilton
WILLIAM S. HAMILTON
Assistant United States Attorney
Florida Bar No. 95045
35 SE 1st Avenue, Suite 300
Ocala, Florida 34471
Telephone: (352) 547-3600
Facsimile: (352) 547-3623
E-mail: William.S.Hamilton@usdoj.gov